CAROLINE B. POWERS, as Administratrix, etc., Appellant, v. FRANCIS W. SAVIN et al., Respondents.

(Argued October 11, 1893; decided October 27, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 25, 1892, which reversed a judgment in favor of plaintiff entered upon the report of a referee and granted a new trial and appointed another referee.

*L. C. Waehner* for appellant.

*Thaddeus D. Kenneson* for respondents.

Agree to affirm and for judgment absolute on stipulation on opinion of General Term.

All concur.

Order affirmed and ordered accordingly.

---

ANN SHARP, as Administratrix, etc., Respondent, v. GEORGE. L. ROSE, Appellant.

(Argued October 11, 1893; decided October 27, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 18, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Abraham Gruber* for appellant.

*Samuel Hoff* for respondent.

Agree to affirm on opinion of General Term.

All concur.

Judgment affirmed.